UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID J.W. TYRAN, JR.,

    Plaintiff,

v.

                      Civil Case No. 23-11651
                      Honorable Linda V. Parker

UNITED STATES OF AMERICA,

    Defendant.
_____/

## OPINION AND ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE

On July 11, 2023, Plaintiff filed this pro se lawsuit against Defendant, the United States of America.  Plaintiff subsequently filed an application to proceed in forma pauperis, which this Court granted.  Because the Complaint failed to satisfy the requirements of Federal Rule of Civil Procedure 8(a), the Court entered an order on July 27, 2023, requiring Plaintiff to file an amended complaint within twenty-one days.  (ECF No. 5.)  As the Court specifically informed Plaintiff, his pleading "fails to identify where or when any alleged wrongful conduct occurred or any individual responsible for the misconduct.  He offers no facts explaining the alleged harassment or unlawful incarceration."  (*Id.* at PageID 20.)  The Court warned Plaintiff that the failure to file an amended pleading would result in the action being dismissed without prejudice.  (*Id.* at PageID 21.)

Plaintiff submitted an "Addendum," which was filed on August 23.  (ECF No. 6.)  Plaintiff's submission, however, fails to cure the defects in his Complaint.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: August 28, 2023

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 28, 2023, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan  
Case Manager